**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

STRIKE 3 HOLDINGS, LLC,

Plaintiff,

vs.

JOHN DOE subscriber assigned IP address 71.204.190.109,

Defendant.

Case Number: 4:26-cv-07770-HSG

Honorable Haywood S. Gilliam, Jr.

**ORDER ON PLAINTIFF'S *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT AND FOR CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE (as modified)**

THIS CAUSE came before the Court upon Plaintiff's *ex-parte* application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint and continuance of the Initial Case Management Conference currently scheduled for February 2, 2027, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's application is granted. Plaintiff shall have until February 27, 2027 to effectuate service of a summons and Complaint on Defendant and the Initial Case Management Conference currently scheduled for February 2, 2027 is continued to March 30, 2027 at 2 p.m. The zoom information and instructions remain the same as previously provided in docket no. 6 . All attorneys and pro se litigants appearing for the case management conference are required to join at least 15 minutes before the hearing to check-in with the CRD.

**DONE AND ORDERED**.

Dated: 10/21/2026______

By: ____________________
**United States District Judge**
Hon. Haywood S. Gilliam, Jr.